NUMBERS

 13-05-500-CV 

 13-06-006-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

_________________________________________________________      

 

JIM R. GARVEY, ET
AL.,                                                                Appellants,

 

                                                             v.

 

DXP ENTERPRISES, INC. AND SEPCO 

INDUSTRIES,
INC.,                                                                          Appellees.

_________________________________________________________      

 

                            On
appeal from the 319th  District Court

                                        of
Nueces County, Texas.

_________________________________________________________        

                               MEMORANDUM
OPINION

 

                         Before Justices Hinojosa,
Yañez, and Garza

                                 Memorandum
Opinion Per Curiam

 








Appellants, JIM R. GARVEY, ET AL., perfected an appeal from a judgment entered
by the 319th District Court of Nueces County,
Texas, in cause number 02-05234-G.  After the notice of appeal was filed,
appellants filed a motion to dismiss the appeal as to appellees, DXP
ENTERPRISES, INC. AND SEPCO INDUSTRIES, INC.  Appellants state that they have settled their
claims against appellees, DXP ENTERPRISES, INC. AND SEPCO
INDUSTRIES, INC., and appellants request that said appeal be dismissed.  Appellants= appeal against appellees, DXP
ENTERPRISES, INC. AND SEPCO INDUSTRIES, INC., is severed from the original
appeal and is docketed under cause number 13-06-006-CV.

Having considered
appellants= motion to dismiss the
appeal and the documents on file, this Court is of the opinion that the motion
should be granted.  The motion to dismiss
appellants= appeal against
appellees, DXP ENTERPRISES, INC. AND SEPCO INDUSTRIES, INC., is
hereby granted.  The appeal against
appellees, DXP ENTERPRISES, INC. AND SEPCO INDUSTRIES, INC., in
cause number 13-06-006-CV is ordered DISMISSED. 
The remaining issues in the appeal will remain docketed under cause
number 13-05-500-CV.

 

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 12th day of
January, 2006.